COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Aaron Philip Fernandez v. The State of Texas

Appellate case number:   01-21-00541-CR

Trial court case number:  1609682

Trial court:                      177th District Court of Harris County

Appellant Aaron Philip Fernandez filed a "Motion to Substitute Counsel and Motion for Access to Appellate Record." Appellant states Seth Krezer "was appointed to represent Appellant on appeal" and Appellant now wishes for "Kristen Jernigan to represent him in the appeal." Appellant further requests that Kristen Jernigan be granted access to the appellate record.

By filing the motion, Kristen Jernigan has now appeared as counsel of record for Appellant. She is hereby **granted** access to the Appellate record. *See* TEX. R. APP. P. 6.2, 9.1.

Appellant's motion for substitution of counsel is **denied.** The motion does not comply with the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 6.5(b), (d). Seth Kretzer remains as Appellant's lead counsel until new lead counsel is designated or a motion to withdraw or to substitute compliant with Rule 6.5 is filed and granted. *See* TEX. R. APP. P. 6.1(c), 6.5.

It is so ORDERED.

Judge's signature: /s/ Veronica Rivas-Molloy
                          Acting individually

Date:  February 8, 2022